**IN THE UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF VIRGINIA

_____

| | |
|---|---|
| RICHARD J. FORD, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 1:08CV1153-JCC/JFA |
| | ) |
| JERRY W. TORRES, *et al.* | ) |
| | ) |
| Defendants. | ) |
_____)

## MOTION FOR CIVIL CONTEMPT

Defendants Jerry Torres, *et al.* (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Rule 45(e) of the Federal Rules of Civil Procedure, do hereby request that this Court enter a civil contempt finding against witness Thomas D. Schiller for his failure to comply with Defendants' Subpoena (hereinafter "Subpoena"), served on him August 6, 2009, commanding that he attend a deposition on August 11, 2009 at 1750 Tyson's Boulevard, Suite 1200, McLean, Virginia 22102; furthermore, Mr. Schiller failed to appear for two succeeding dates and times that he agreed upon to have his testimony taken.

<u>RULE 7(E) CERTIFIACTION</u>

Pursuant to Local Civil Rule 7(E), counsel for Defendants certify that they have made every reasonable attempt to narrow or resolve the issues presented in this Motion, including by telephonic conversation with counsel for Mr. Schiller on August 20th, 2009, without success.

DATED: August 28, 2009

Respectfully submitted,

*/s/ Christine S. Ramapuram*

Christine S. Ramapuram, Esq.
Virginia State Bar No. 68561
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
(202) 712-7000 (phone) (202) 712-7100 (fax)

*Counsel for Defendants Jerry W. Torres and Torres Advanced Enterprise Solutions, LLC*

Joshua G. Whitaker, Esq.
Edward N. Griffin, Esq.
Griffin Whitaker LLC
7474 Greenway Center Drive Suite 550
Greenbelt, MD 20770
301-513-5082 (phone) 888-367-0383 (fax)

*Pro hac vice Counsel for Defendants Jerry W. Torres and Torres Advanced Enterprise Solutions, LLC*