# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| RICHARD FORD, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>JERRY W. TORREZ, et al., )<br>)<br>    Defendants. )<br>_____) | Case No. 1:08cv1153 JCC/JFA |

## **ENTRY OF SPECIAL APPEARANCE OF ATTORNEY JOSHUA E. BUSHMAN**

I, Joshua E. Bushman, hereby provide notice that I am entering a special appearance as local counsel on behalf of a non-party, Thomas Schiller, in the above captioned case. My address is Joshua E. Bushman, Esquire, PLLC, 2800 Shirlington Road, Suite 503, Arlington, Virginia 22206. My telephone number is (703) 524-0700; my facsimile number is (703) 845-9720. I can also be reached on my via my electronic mail address, josh.bushman@bushmanlawgroup.com.

Respectfully Submitted,

/s/ Joshua E. Bushman
_____
Joshua E. Bushman
VSB Number: 74729
Attorney for Thomas Schiller
Joshua E. Bushman, Esquire, PLLC

2800 Shirlington Road, Suite 503
Arlington, Virginia 22206
Tel: 703-524-0700
Fax: 703-845-9720
[Josh.bushman@bushmanlawgroup.com](Josh.bushman@bushmanlawgroup.com)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the attached documents on the following party on this date, the 2 of September, 2009, via electronic filing on ECF, electronic mail if known, and first-class mail postage pre-paid.

Christine S. Ramapuram, Esq.
Counsel for Defendants Jerry W. Torrez and Torres Advanced Enterprise Soplutions, LLC
1233 20th Street, N.W., 8th floor
Washington, D.C.  20036

James K. Lay, Esq.
Attorney for Rick Ford and Fedsys, Inc.
Lay Moore & Poretz, PLLC
303 N. Washington Street
Alexandria, Virginia  22314

/s/  Joshua E. Bushman
_____
Joshua E. Bushman
VSB Number: 74729
Attorney for Thomas Schiller
Joshua E. Bushman, Esquire, PLLC
2800 Shirlington Road, Suite 503
Arlington, Virginia 22206
Tel: 703-524-0700
Fax: 703-845-9720

Josh.bushman@bushmanlawgroup.com