SEP 1 1 2009

CL__  __.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| RICHARD J. FORD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:08cv01153 (JCC/JFA) |
| v. | ) |
| | ) |
| JERRY W. TORRES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

On September 11, 2009 counsel for the defendants and counsel for non-party witness Thomas D. Schiller appeared before the court and presented argument on defendants' Motion for Civil Contempt against Mr. Schiller (Docket no. 57) and Mr. Schiller's Motion to Strike defendants' Motion for Civil Contempt and for Protective Order and to Quash (Docket no. 63). Upon consideration of the motions, defendants' memorandum in support of their motion (Docket no. 58), Mr. Schiller's memorandum in support of his motion (Docket no. 64), and the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion is denied and Mr. Schiller's motion is granted in part and denied in part. To the extent Mr. Schiller requested sanctions be awarded against the defendants, that request is denied.

Entered this 11th day of September, 2009.

_____/s/_____

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia